IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:03-00225 |
| ) | Chief Judge Haynes |
| EDWARD B. GIBSON, ) | |
| Defendant. ) | |

## O R D E R

A revocation hearing is set in this action for **Monday, July 8, 2013 at 10:30 a.m.**

It is so **ORDERED**.

**ENTERED** this the 14th day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court