IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Case No. 3:03-00225 |
| ) | Chief Judge Haynes |
| EDWARD GIBSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The revocation hearing in this action is re-set for **Monday, July 29, 2013 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 8th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court